**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 74 |
| | : | |
| APPOINTMENT TO THE | : | CLIENT SECURITY APPOINTMENT |
| PENNSYLVANIA LAWYERS FUND FOR | : | DOCKET |
| CLIENT SECURITY BOARD | : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 27th day of February, 2020, Bruce S. Zero, Esquire, Lackawanna County, is hereby appointed as a member of the Pennsylvania Lawyers Fund for Client Security Board for a term of three years, commencing April 1, 2020.